ams

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-40008-JAR |
| SCOTT D. BECKER, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is Cheryl Pilate's Motion to Withdraw as attorney for interested party Brenda Becker (Doc. 161). She represents in the motion that Brenda Becker is presently attempting to secure other counsel and wishes Ms. Pilate to withdraw.

On or about February 10, 2010, counsel entered an appearance for Brenda Becker in this matter and filed pleadings challenging notices of *lis pendens* filed by the government against various parcels of real property in which Brenda Becker had a corporate interest. Brenda Becker's husband, Scott Becker, is a defendant in this case, but Brenda Becker is not.

Both Scott and Brenda Becker are defendants in Case No. 10-40077-SAC. The charges against Brenda Becker in Case No. 10-40077 are still pending before Judge Crow. Scott Becker's case was transferred to the undersigned and he pled guilty to various criminal charges in both cases at a hearing on October 12, 2010.

In this case, Case No. 09-40008, Scott Becker agreed to a monetary forfeiture judgment of $1,000,000 as part of the plea agreement (Doc. 24 at 13). A final order of forfeiture was

entered by this Court on November 1, 2010.  No ancillary proceeding was required, as the forfeiture consisted of a money judgment.[1]   There are no charges pending against Brenda Becker and no pending deadlines that concern her in this case.  Accordingly, the Court grants Ms. Pilate's Motion to Withdraw.

**IT IS THEREFORE ORDERED BY THE COURT** that Cheryl Pilate's Motion to Withdraw as attorney for interested party Brenda Becker (Doc. 161) is **granted**.

Dated: November 3, 2010

 S/ Julie A. Robinson  
JULIE A. ROBINSON  
UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. Crim. P. 32.1(c)(1).